# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **SIDDEHESH D. RANE,** <br><br> Defendant. | PO-24-5194-GF-JTJ <br><br> **VIOLATION:** <br> E2028599 <br> **Location Code: M13** <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 5, 2024 is **VACATED**.

DATED this 5th day of December, 2024.

_____
John Johnston
United States Magistrate Judge